DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOELLE YOUNG,** a/k/a **NOELLE HOBBS,** a/k/a **NOELLE COOPER,**
a/k/a **NOELLE ANMARI YOUNG,**
Appellant,

v.

**WELLS FARGO BANK N.A.,**
Appellee.

No. 4D17-1857

[May 31, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard H. Harrison, Judge; L.T. Case No. 50-2014-CA-010762-XXXX-MB.

Brittani S. Gross, Kendrick Almaguer and Kyle M. Costello of The Ticktin Law Group, PLLC, Deerfield Beach, for appellant.

Todd C. Drosky of Frenkel Lambert Weiss Weisman & Gordon, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***